AARON D. FORD
 Attorney General
LORIN M. TAYLOR (Bar No. 14958)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-2389 (phone)
(702) 486-3773 (fax)
Email: lmtaylor@ag.nv.gov

*Attorneys for Defendant*
*Wilson Bernales*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL KEITH GOODRUM, <br><br> Plaintiff <br><br> v. <br><br> STATE OF NEVADA, *et al.,* <br><br> Defendants | Case No. 2:21-cv-02164-CDS-BNW <br><br> **STIPULATION AND ORDER TO STAY CASE FOR 90 DAYS** |

**IT IS HEREBY STIPULATED** by and between Defendant Wilson Bernales, by and through counsel, Aaron D. Ford, Nevada Attorney General of the State of Nevada, and Lorin M. Taylor, Deputy Attorney General and Plaintiff, Mitchell Keith Goodrum, *pro se*, that the above-captioned action be stayed for 90 days.

In another of his cases, *Goodrum v. State of Nevada, et al.*, Goodrum and Defendants stipulated to participate in a global settlement conference set to take place on March 16, 2023, to include all of Goodrum's active cases in United States District Court. *See* ECF No. 77 in 3:20-cv-00549-ART-CLB. On January 27, 2023, Plaintiff Goodrum consented to

///

///

///

///

stay all of his cases, including this matter, pending resolution of global settlement conference, on the record. *Id.*

DATED this 1st day of February, 2023.   DATED this 1st day of February, 2023.

AARON D. FORD
Attorney General

By: /s/ Lorin M. Taylor   /s/ Mitchell Keith Goodrum
LORIN M. TAYLOR (Bar No. 14958)   MITCHELL KEITH GOODRUM,
Deputy Attorney General   #1213846

*Attorneys for Defendant*   *Plaintiff, Pro Se*

## ORDER

**IT IS SO ORDERED.** This matter is stayed for 90 days.

DATED: February 1, 2023.

_____
UNITED STATES DISTRICT JUDGE