AARON D. FORD
Attorney General
LEO T. HENDGES (Bar No. 16034)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3795 (phone)
(702) 486-3773 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>Defendants. | Case No. 3:20-cv-00173-ART-CSD<br><br>**ORDER APPROVING STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |
| MITCHELL KEITH GOODRUM,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>Defendants. | Case No. 2:21-cv-02164-CDS-BNW<br><br>**ORDER APPROVING STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |

| | |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　Defendants. | Case No.  2:21-cv-02260-ART-VCF<br><br>**ORDER APPROVING**<br>**STIPULATION AND PROPOSED**<br>**ORDER TO DISMISS WITH**<br>**PREJUDICE** |
| MITCHELL KEITH GOODRUM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　Defendants. | Case No.  2:22-cv-00218-APG-NJK<br><br>**ORDER APPROVING**<br>**STIPULATION AND PROPOSED**<br>**ORDER TO DISMISS WITH**<br>**PREJUDICE** |
| MITCHELL KEITH GOODRUM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　Defendants. | Case No.  3:22-cv-00535-MMD-CSD<br><br>**ORDER APPROVING**<br>**STIPULATION AND PROPOSED**<br>**ORDER TO DISMISS WITH**<br>**PREJUDICE** |

|   |   |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　Defendants. | Case No. 3:22-cv-00546-MMD-CLB<br><br>**ORDER APPROVING STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Mitchell Keith Goodrum, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Leo T. Hendges, Deputy Attorney General, based upon the Global Settlement Agreement between the parties, that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 16 day of March, 2023.　　　DATED this 16 day of March, 2023

　　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　　Attorney General

*Mitchell Keith Goodrum* (signature)　　　By: _____
MITCHELL KEITH GOODRUM　　　　　　LEO T. HENDGES, Bar No. 16034
Plaintiff, *Pro Se*　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 3/17/2023

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on March 17, 2023, I electronically filed the foregoing **STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Mitchell Goodrum, #1213846
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, Nevada 89702
Email: nncclawlibrary@doc.nv.gov
*Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General